UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Nathaniel Turner, #125387

    Plaintiff,

v.

Correctional Medical Services, Inc., et al,

    Defendants.
_____/

Case No. 13-11783

Honorable Nancy G. Edmunds

## ORDER AND OPINION ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JANUARY 22, 2014 REPORT AND RECOMMENDATION AND THEREFORE GRANTING DEFENDANT CORRECTIONAL MEDICAL SERVICES, INC.'S MOTION TO DISMISS [24, 19]

    This matter came before the Court on the magistrate judge's January 22, 2014 report and recommendation on Defendant Correctional Medical Service's motion to dismiss Plaintiff Nathaniel Turner's 42 U.S.C. § 1983 claims against it. (Dkt. 24.)

    The magistrate judge recommended granting Defendant CMS's motion to dismiss because he found that the statute of limitations barred Plaintiff's claims against CMS. (Dkt. 24.)

    Plaintiff has filed objections. (Dkt. 25.) Plaintiff does not address the substance of the magistrate judge's report and recommendation. The Court has reviewed the objections, de novo, in their entirety. The Court does not find them compelling and therefore OVERRULES Plaintiff's objections.

    Being fully advised in the premises, having read the pleadings, having conducted a de novo review of the objections, and for the reasons set forth above and in the magistrate

judge's report and recommendation, the Court ACCEPTS and ADOPTS the magistrate judge's January 22, 2014 report and recommendation and therefore GRANTS Defendant CMS's motion to dismiss, and DISMISSES CMS from this case.

So ordered.

                                             s/Nancy G. Edmunds
                                             Nancy G. Edmunds
                                             United States District Judge

Dated: March 5, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 5, 2014, by electronic and/or ordinary mail.

                                             s/Johnetta M. Curry-Williams
                                             Case Manager
                                             In Absence of Carol A. Hemeyer