UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Nathaniel Turner,

    Plaintiff,

v.

Correctional Medical Services, Inc., et al.,

    Defendant.
                                       /

Case No. 13-11783

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION [43]**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [43]. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto,[1] the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. Plaintiff's complaint is DISMISSED WITH PREJUDICE, and the pending motion for summary judgment [32] and motion regarding service of process are terminated as moot.

    SO ORDERED.

                        S/Nancy G. Edmunds
                        Nancy G. Edmunds
                        United States District Judge

Dated: May 8, 2015

---

[1] No party has filed objections to the Report and Recommendation.

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 8, 2015, by electronic and/or ordinary mail.

     S/Carol J. Bethel
     Case Manager